IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paige M White, | No. CV-24-00064-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| NextCare Incorporated, | |
| Defendant. | |

The parties filed a stipulation of dismissal. (Doc. 25.) That stipulation does not indicate if the parties reached a settlement. But if the parties did settle, the court notes that some judges in this district ict of Arizona have concluded judicial review of FLSA settlements is appropriate while other district judges have concluded it is not. *Compare Hoffman v. Pride Sec. LLC*, No. CV-23-01247-PHX-DJH, 2024 WL 579072 (D. Ariz. Feb. 13, 2024) (concluding judicial review of FLSA settlement is appropriate) *with Evans v. Centurion Managed Care of Arizona LLC*, 686 F. Supp. 3d 880 (D. Ariz. 2023) (concluding judicial review of FLSA settlement is not appropriate). Assuming the parties reached a settlement, neither party has requested the court review the terms of that settlement. In these circumstances, the court will not address whether judicial review is required for the settlement agreement to be enforceable.

Accordingly,

**IT IS ORDERED** the Stipulation (Doc. 25) is **GRANTED**. This matter is **DISMISSED WITH PREJUDICE** as to Paige M. White's individual claims and without

prejudice as to the claims of the putative collective members. The Clerk of Court shall close this case.

**IT IS FURTHER ORDERED** the parties shall bear their own fees and costs.

Dated this 20th day of August, 2024.

_____
Honorable Krissa M. Lanham
United States District Judge

- 2 -